UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHIPPEWA COUNTY WAR
MEMORIAL HOSPITAL,

    Plaintiff,

v.

MICHIGAN NURSES ASSOCIATION,

    Defendant.
                                    /

Case No. 2:16-CV-192

HON. GORDON J. QUIST

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike Plaintiff's Reply in Support of Objections (ECF No. 30) is **GRANTED**. Plaintiff's Reply (ECF No. 29) is **STRICKEN** and Plaintiff's alternative request for leave to file a reply is **DENIED**.

**IT IS FURTHER ORDERED** that Magistrate Judge Timothy Greeley's January 31, 2017, Report and Recommendation (ECF No. 23) is **ADOPTED** as the Opinion of this Court, and Plaintiff's Objections (ECF No. 24) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 13) is **DENIED** and Defendant's Cross-Motion for Summary Judgment (ECF No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's request for attorney's fees is **GRANTED**, and Defendant's Motion for Rule 11 Sanctions (ECF No. 25) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that, in the first instance, the parties shall attempt to resolve between themselves the reasonable amount of attorney's fees to which Defendant is entitled. If the

parties reach agreement, Defendant shall file a stipulated order setting forth the amount of fees. In the event the parties are unable to reach agreement, Defendant shall file a properly-supported motion for determination of fees within **fourteen (14) days** of the date of this Order.


Dated: August 11, 2017                                          /s/ Gordon J. Quist
                                                             GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE